Desmond J. Hinds (SBN 105831)
Dhinds@hinshawlaw.com
Filomena E. Meyer (SBN 151410)
Fmeyer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:   (310) 909-8000
Facsimile:   (310) 909-8001

Peter A. Goldenring (SBN 79387)
Goldenringlaw@aol.com
GOLDENRING & PROSSER
6050 Seahawk Street
Ventura, California 93003-6622
Telephone:   (805) 642-6702
Facsimile:   (805) 642-3145

Attorneys for Defendant and Counter-Claimant
VOICE PRINT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VIS-À-VIS TECHNOLOGIES, INC., d/b/a CYTRO TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY CHAPIN, CDC INTEGRATED TECHNOLOGIES, LLC and VOICE PRINT INTERNATIONAL, INC.,<br><br>　　　　Defendants. | Case No.  CV 11-02124 DSF (JEMx)<br><br>**[PROPOSED] PROTECTIVE ORDER PURSUANT TO STIPULATION** |

　　　　Based on the stipulation of the parties, IT IS HEREBY ORDERED that the Stipulation for Protective Order Re Confidential Trade Secret and Proprietary Information shall govern the discovery proceedings in this case.

　　　　IT IS SO ORDERED.

Dated: August 1, 2011　　　　　　*/s/John E. McDermott* _____
　　　　　　　　　　　　　　　　The Honorable John E. McDermott
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　MAGISTRATE JUDGE

1