1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  VIS-A-VIS TECHNOLOGIES,          )          CASE NO. CV 11-2124 DSF (JEMx)
    INC.,                            )
12                                   )
                                     )          JUDGMENT
13                                   )
                        Plaintiff,   )
14                                   )
                                     )
15  v.                               )
                                     )
16  TIMOTHY CHAPIN, et al.,          )
                                     )
17                                   )
                                     )
18                      Defendants.  )
                                     )
19  _____ )

20          The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

21  ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of

22  opposition to a motion to dismiss,

23          IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the

24  action be dismissed with prejudice, and that Defendants recover their costs of suit

25  pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

26          Dated: _____      _____
                    12/8/11
27                                          Dale S. Fischer
                                            United States District Judge

28